UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIKEL ROLANDO GARRIDO MUXART,<br><br>                                    Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>                                    Respondents. | Case No.:  3:26-cv-2057-CAB-SBC<br><br>**ORDER SUMMARILY DISMISSING PETITION** |

Petitioner Maikel Rolando Garrido Muxart has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1.]  Upon review, the Court notes that Petitioner has another pending habeas petition assigned to the Honorable Cynthia A. Bashant.  *See* Case. No. 26-CV-01661-BAS-AHG.

///

///

///

///

///

///

///

1

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Here, the Petition provides no new information or grounds for relief that are not raised in the petition pending before Judge Bashant. Additionally, that case appears fully briefed already. Therefore, the Court **DISMISSES** the Petition **WITHOUT PREJUDICE**.

It is **SO ORDERED**.

Dated: April 2, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2057-CAB-SBC